Ex parte Frederick SCHENCK, Petitioner.

No. 3055.

Circuit Court of Appeals, Fourth Circuit.

July 5, 1930.

Frederick Schenck, of Leavenworth, Kan., pro se.

PER CURIAM.

Order denying petition for writ of mandamus filed.

In the Matter of H. H. SCOTT, Petitioner.

No. 3051.

Circuit Court of Appeals, Fourth Circuit.

June 21, 1930.

White, Penn & Stuart, of Abingdon, Va., for petitioner.

PER CURIAM.

Order denying petition for appeal filed.

SHELL PETROLEUM CORPORATION v.
Ruth E. EVANS.

No. 354.

Circuit Court of Appeals, Tenth Circuit.

Sept. 9, 1930.

Allen, Underwood & Canterbury, of Tulsa, Okl., for appellant.

Charles H. Ruth, of Oklahoma City, Okl., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Dismissed at appellant's costs September 9, 1930, on motion of appellant.

Owen Walter SMITH, Appellant, v. UNITED STATES of America, Appellee.

No. 6133.

Circuit Court of Appeals, Ninth Circuit.

Sept. 18, 1930.

Lord & Moulton, of Portland, Or., for appellant.

George Neuner, U. S. Atty., of Portland, Or.

Before DIETRICH and WILBUR, Circuit Judges, and WEBSTER, District Judge.

PER CURIAM.

Pursuant to motion of appellee, ordered appeal dismissed for failure of appellant to print record and file brief before case called for argument.

Lee & Simmons, Inc., Appellee, v. The Steam Tug SOCONY NO. 8, Her Engines, etc., Standard Transportation Company, Appellant.

No. 250.

Circuit Court of Appeals, Second Circuit.

July 21, 1930.

Macklin, Brown, Lenahan & Speer, of New York City (J. Dudley Eggleston, of New York City, of counsel), for appellant.

Frederick W. Park, of New York City, for appellee.

Before L. HAND, SWAN, and MACK, Circuit Judges.

PER CURIAM.

This case involves only questions of fact. The District Judge saw the three witnesses who testified, and his conclusion must have been largely influenced by their appearance, as there is nothing determinative in the printed record. We can therefore see no reason